DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIZABETH SIEBERT,**
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, CIRCUIT: 19
INDIAN RIVER UNIT: 88510,**
Appellee.

No. 4D17-1043

[February 1, 2018]

Appeal from the State of Florida, Department of Children and Families; L.T. Case Nos. 16F-07385, 16F-07386, and 16F-08222.

Elizabeth Siebert, Vero Beach, for appellant.

Laurel Hopper, Assistant Regional General Counsel, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***